AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

*2016 JUN 13 P 3 22*

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| Kabob Palace, Ltd.<br>2315 South Eads Street<br>Arlington, VA 22202<br><br>*Plaintiff(s)*<br>v.<br><br>Kabob Place<br>9904 Georgetown Pike<br>Great Falls, VA 22066<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:16 cv658

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kabob Place
9904 Georgetown Pike
Great Falls, VA 22066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cecil E. Key
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*