IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KABOB PALACE, LTD., | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Civil Action No. 1:16-cv-658 |
| KABOB PLACE, | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Nachmanoff dated January 31, 2017. Dkt. No. 20. Defendant has not filed any objections to the Report and Recommendation. Based on a review of the Complaint, Plaintiff's Motion for Default Judgment, and the supporting exhibits, the Court ADOPTS the findings and recommendation of the Magistrate Judge.

It is hereby ORDERED that Plaintiff's Motion for Default Judgment is GRANTED IN PART and DENIED IN PART. Specifically, Plaintiff's Motion for declaratory and injunctive relief is GRANTED. Plaintiff's Motion for profits, treble damages, interest, and reasonable attorney's fees and costs is DENIED.

February 15, 2017
Alexandria, VA

/s/
Liam O'Grady
United States District Judge